165 So. 915

**John W. DILL v. STATE.**

6 Div. 774.

Court of Appeals of Alabama.
Jan. 14, 1936.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 899

**Clyde DILLARD v. STATE.**

6 Div. 140.

Court of Appeals of Alabama.
May 18, 1937.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 907

**Burt DINSMORE v. STATE.**

8 Div. 262.

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Appeal dismissed.

173 So. 918

**Alex DOSSETT v. STATE.**

4 Div. 310.

Court of Appeals of Alabama.
April 6, 1937.

RICE, Judge.
Appeal dismissed.

173 So. 918

**Ophelia DRAIN v. STATE.**

8 Div. 496.

Court of Appeals of Alabama.
Feb. 2, 1937.

Wm. Stell, of Russellville, and Carl Elliott, of Jasper, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

170 So. 918

**Elmer DRINKARD v. STATE.**

8 Div. 419.

Court of Appeals of Alabama.
Oct. 27, 1936.

SAMFORD, Judge.
Affirmed.

175 So. 921

**John DRUMMONDS v. STATE.**

7 Div. 296.

Court of Appeals of Alabama.
June 8, 1937.

RICE, Judge.
Appeal dismissed.

167 So. 919

**Edwin DUKE v. STATE.**

7 Div. 224.

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.